IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60657
_____

ROY SHELTON SPARKS

                              Plaintiff-Appellant

        v.

CITY OF BOONEVILLE, MISSISSIPPI; WILLIAM BOYD COOK, In his
official capacity
                              Defendants-Appellees

_____

Appeal from the United States District Court
for the Northern District of Mississippi
Cause No. 1:99-CV-186
_____
November 7, 2001

Before KING, Chief Judge, and DAVIS, Circuit Judge, and VANCE*,

District Judge.

PER CURIAM:**

        AFFIRMED.  See 5TH CIR. R. 47.6.

_____

        *District Judge of the Eastern District of Louisiana,
sitting by designation.


        **Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.